IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONNIE GOODALL, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-00176 |
| | ) JUDGE HAYNES |
| HOUCHENS FOOD GROUP, INC., d/b/a SAVE-A-LOT FOOD STORES, | ) |
| Defendant. | ) |

## ORDER

Upon review of the record, the Plaintiff's motion to remand (Docket Entry No. 7) is unopposed and is **GRANTED**. This action is **REMANDED** to the Circuit Court of Sumner County, Tennessee at Gallatin.

It is so **ORDERED**.

**ENTERED** this the 19th day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge